# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| HARVEY CANTRELL, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 20-0497-JB-MU |
| ANDREW SAUL, Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. Accordingly, it is hereby **ORDERED** that Defendant's motion to transfer venue (Doc. 15) is **GRANTED,** and this case is **TRANSFERED** to the United States District Court for the Southern District of Illinois.

**DONE and ORDERED** this 29th day of June, 2021.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE